# In The United States Court of Federal Claims

No.  13-221 C

(Filed:  May 16, 2013)

_____

UNIQUEST DELAWARE, LLC,

          Plaintiff,

   v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On May 15, 2013, defendant filed an unopposed motion for an enlargement of time in which to file a response to plaintiff's complaint.  The motion is hereby **GRANTED**.  On or before July 26, 2013, defendant shall file its response.

**No further enlargements of this deadline will be granted.**

**IT IS SO ORDERED.**

                    s/ Francis M. Allegra
                    Francis M. Allegra
                    Judge